UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:11-cr-057-LDG-RJJ |
| vs. ) | |
| NOE CONTRERAS, etc., *et al*., ) | O R D E R |
| Defendant, ) | |

This matter was submitted to the undersigned Magistrate Judge on the Government's Ex Parte Application Requesting Sealing of the Government's Motion For Pretrial Detention (#35).

The Court having reviewed the Ex Parte Application (#35) and the file herein finds that a detention hearing was held on March 7, 2011, with public disclosure of relevant facts conducted in open court. *See*, Minutes of Proceedings (#38). Good cause appearing therefore,

IT IS HEREBY ORDERED that the Government's Ex Parte Application Requesting Sealing of the Government's Motion For Pretrial Detention (#35) is **DENIED.**

DATED this __14th__ day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge