

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) <br> ) <br> Plaintiff,            ) <br> ) <br> v.                                  ) <br> ) <br> NOE CONTRERAS,                       ) <br> aka "Primillo,"                     ) <br> ) <br> _____Defendant._____) | 2:11-CR-057-LDG-CWH |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on November 28, 2011, defendant NOE CONTRERAS, aka "Primillo", pled guilty to Count Four of a Four-Count Criminal Indictment charging him in Count Four with Conspiracy to Distribute Marijuana in violation of Title 21, United States Code, Sections 841(a)(1) and 846. Docket #8.

This Court finds defendant NOE CONTRERAS, aka "Primillo", agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Indictment and the Plea Agreement. #8.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the Plea Agreement and the offense to which defendant NOE CONTRERAS, aka "Primillo", pled guilty.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1); Title 21, United States Code, Section 853(a)(2); Title 18, United States Code,

1  Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21,
2  United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), including:
3      (a)    2009 Dodge Challenger, VIN 2B3LJ54T19H503073;
4      (b)    2008 Chevrolet Tahoe, VIN 1GNFC13J28R194198;
5      (c)    2007 Chevrolet Silverado 2500, VIN 1GCHK23637F566766;
6      (d)    2006 Dodge SRT Truck, VIN 3D7HA18H86G152490;
7      (e)    2005 Kenworth Motor Truck Tractor, VIN 1XKADB9X85J071120;
8      (f)    1999 Wilson Commercial Trailer, VIN 4WWBGB6BXXM602298;
9      (g)    .40 Caliber Smith and Wesson automatic handgun, Serial # RCA8728;
10     (h)    Colt .45 caliber automatic handgun, Serial # 70N04624;
11     (i)    $38,980.00 in United States currency; and
12     (j)    any and all ammunition ("property").
13 This Court finds the United States of America is now entitled to, and should, reduce the
14 aforementioned property to the possession of the United States of America.
15 NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
16 United States of America should seize the aforementioned property.
17 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
18 NOE CONTRERAS, aka "Primillo", in the aforementioned property is forfeited and is vested in the
19 United States of America and shall be safely held by the United States of America until further order
20 of the Court.
21 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
22 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
23 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
24 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
25 the name and contact information for the government attorney to be served with the petition,
26 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

2   filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

3   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

4   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

5   following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

10   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

11   need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

12   following publication of notice of seizure and intent to administratively forfeit the above-described

13   property.

14   DATED this __28__ day of __Nov_____, 2011.

_____
UNITED STATES DISTRICT JUDGE